WALKER BAPTIST INSTITUTE *v.* SULLIVAN.

LEWIS, J. No error of law being complained of, the testimony being conflicting, and there being some evidence to support the verdict, the discretion of the trial judge in overruling the motion for new trial will not be controlled.                  *Judgment affirmed. All the Justices concurring.*

Argued January 24, — Decided March 3, 1898.

Complaint. Before Judge Eve. City court of Richmond county. May term, 1897.

*F. W. Capers,* for plaintiff in error.
*Charles Z. McCord,* contra.

---

CENTRAL OF GEORGIA RAILWAY COMPANY *v.* ROGERS.

COBB, J. There was no error in the charges complained of; the requests to charge, so far as legal and pertinent, were covered by the general charge; the evidence was sufficient to authorize the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued January 25, — Decided March 3, 1898.

Action for damages. Before Judge Norwood. City court of Savannah. February term, 1897.

*Lawton & Cunningham* and *T. M. Cunningham Jr.,* for plaintiff in error. *R. R. Richards* and *W. P. Hardee,* contra.